IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2005 MAY 10 PM 3:20

| UNITED STATES OF AMERICA, | ) | FILED UNDER SEAL |
| --- | --- | --- |
| Plaintiff, | ) | CR. NO. **05-2 0 1 7 7 Ma An** |
| vs. | ) | 21 U.S.C. § 846 |
|  | ) | 21 U.S.C. § 841(a)(1) |
| CHARLES L. PRICE, | ) | 18 U.S.C. § 2 |
| ELISHAH MOODY, | ) | 21 U.S.C. § 853 |
| TYREE TILLMAN, | ) |  |
| TAVARIS BOOTHE, | ) |  |
| COREY WILLIAMS, | ) |  |
| HARVEY LOUIS BOYLAND, | ) |  |
| Defendants. | ) |  |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

Beginning at a time unknown to the Grand Jury, but at least from in or about June 2004, through at least the date of this indictment, in the Western District of Tennessee and elsewhere, the defendants,

------------------------------------------CHARLES L. PRICE,------------------------------------------
------------------------------------------ELISHAH MOODY,------------------------------------------
------------------------------------------TYREE TILLMAN,------------------------------------------
------------------------------------------TAVARIS BOOTHE,------------------------------------------
------------------------------------------COREY WILLIAMS,------------------------------------------
and
------------------------------------------HARVEY LOUIS BOYLAND------------------------------------------

did unlawfully, knowingly and intentionally conspire, combine, confederate and agree with each other and with other persons both known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute in excess of 5 kilograms of a mixture and

**FILED UNDER SEAL**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



substance containing a detectable amount of cocaine, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about September 6, 2003, in the Western District of Tennessee, the defendant,

-------------------------------------------CHARLES L. PRICE----------------------------------------------

did unlawfully, knowingly and intentionally possess with the intent to distribute and distributed in excess of 500 grams of a mixture and substance containing a detectable amount of cocaine, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

**FILED UNDER SEAL**                              3

## **FORFEITURE**

1.	The allegations contained in Counts 1 through 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982, and Title 21, United States Code, Section 853.

2.	From their engagement in any or all of the violations alleged in Counts 1 through 2 of this Indictment, punishable by imprisonment for more than one year, which counts are realleged and incorporated as if more fully set forth herein, the defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 982, and Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in: property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.  Such property includes, but is not limited to, the following:

    a.	$752,500 in United States currency;

    b.	Real property as follows:

        1.	One parcel of real property located at 9053 Hunter's Ridge Drive, Olive Branch, Mississippi 38654; and

**FILED UNDER SEAL**	4

c. Vehicles as follows:

| Make | Model | Year | Tag Number | Tag State | Owner | Owner Address | Vehicle Identification Number |
|---|---|---|---|---|---|---|---|
| Mack | Un-known | 2001 | Unknown | MS | Price Trucking | 9053 Hunters Ridge, Olive Branch, MS | 1M1AA13Y81W135346 |
| Kenworth | Un-known | 2001 | Unknown | MS | Price Trucking | 9053 Hunters Ridge, Olive Branch, MS | 1XKDDU9X81J870608 |
| Sterling | Unknown | 1999 | Unknown | MS | Price Trucking | 9053 Hunters Ridge, Olive Branch, MS | 2FZYJXYB8XAB03850 |
| Kenworth | Un-known | 2000 | Unknown | MS | Price Trucking | 9053 Hunters Ridge, Olive Branch, MS | 3WKDDU9X1YF855897 |
| Ford | F250 | 2005 | Unknown | MS | Price Trucking | 9053 Hunters Ridge, Olive Branch, MS | 1FTSW21P75EC36184 |
| GMC | 1500 | 2001 | RYT525 | TN | Price, Charles | 4462 Boone Manor Dr., Memphis, TN 38125 | 1GTEK19T21Z308531 |
| Nissan | Altima | 2003 | 849DCS | MS | Price, Charles | 9053 Hunters Ridge, Olive Branch, MS | 1N4AL11D83C109463 |
| Nissan | Maxima | 2004 | 521DDJ | MS | Price, Charles | 9053 Hunters Ridge, Olive Branch, MS | 1N4BA41E04C851779 |
| Chevrolet | Caprice | 1975 | AA29195 | TN | Price, Charles | 2466 Lamar, Memphis, TN 38114 | 1N67Y5S113607 |
| Kenworth | T80 | 1999 | 9832942 | MS | Price, Charles | 9053 Hunters Ridge, Olive Branch, MS | 1XKDDU9XXXJ820141 |
| Chevrolet | Monte Carlo SS | 2001 | 850DCS | MS | Price, Charles | 9053 Hunters Ridge, Olive Branch, MS | 2G1WX15K219294278 |

**FILED UNDER SEAL**                5

| Harley Davidson | Un-known | 2002 | ZS2824 | TN | Price, Charles | 2466 Lamar, Memphis, TN 38114 | 4K7S81353XC006722 |
|---|---|---|---|---|---|---|---|
| Mercedes Benz | Un-known | 2000 | ACTMTG2 | TN | Price, Charles | 5412 Santa Barbara, Memphis, TN | WDBLK65G3YT049640 |

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants;

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred, sold to or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 982, and Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

DATED: 5-10-05

_____
UNITED STATES ATTORNEY

**FILED UNDER SEAL**　　　　　　　　6

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Jim B. Johnson
LAW OFFICE OF JIM B. JOHNSON
253 Adams Ave.
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT