FILED BY JSH D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

05 MAY 17 AM 10:34

Robert R. Di Trolio
CLERK U.S. DIST. CT.
W D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. NO. 05-20177-Ma |
| vs. | ) |
| CHARLES L. PRICE,<br>ELISHAH MOODY,<br>TYREE TILLMAN,<br>TAVARIS BOOTHE,<br>COREY WILLIAMS,<br>HARVEY LOUIS BOYLAND, | ) |
| Defendants. | ) |

## ORDER

The United States having requested that the Court unseal the Indictment, and the Court being satisfied that sealing is no longer necessary, it is hereby

ORDERED that all of the above document is UNSEALED.

Date: May 17, 2005
Memphis, Tennessee

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED: *Tom Colthurst*
Thomas A. Colthurst  by
Assistant U.S. Attorney



This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-18-05

(9)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT