IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED
05 MAY 25 PM 3: 44

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              Cr. No. 05-20177-SHM

CHARLES PRICE ,

    Defendant.

## ORDER PERMITTING APPOINTED COUNSEL TO WITHDRAW REPRESENTATION

THIS CAUSE having come before this Court upon the representation of the Office of the Bernie Weinman, appointed pursuant to the Criminal Justice Act, that the above defendant, Charles Price, has retained private counsel; and there being no further need of the services of the Bernie Weinman, he is hereby allowed to withdraw from further representation of defendant in this cause.

It is so **ORDERED**, this 25th day of May, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-26-05

52

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT