IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**

**CHARLES L. PRICE**

05-20177-01-Ma

### ORDER ON ARRAIGNMENT

This cause came to be heard on ___5/25/05___, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME___T. Axim___ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

___✓___ The defendant, who is not in custody, may stand on his present bond.
_____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

CHARGES: 21:846; 21:841; 21:853;

U. S. Attorney assigned to Case: T. Colthurst

Age: 40

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5-26-05_

54

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT