UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUN -9 PM 3: 38
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 205CR20177-01 Ma |
| CHARLES PRICE, | ) |
| Defendant. | ) |

### CONSENT ORDER ALLOWING SUBSTITUTION OF COUNSEL

It appearing to the Court, that by consent of the parties, that Tony L. Axam should be substituted for Bernie Weinman as counsel of record in this cause for the defendant, Charles Price.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that Tony L. Axam shall be and hereby is substituted for Bernie Weinman as counsel of record in this cause for the defendant, Charles Price.

Entered this __9th__ day of __June__, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __6/13/05__   Page 1 of 2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Jim B. Johnson
LAW OFFICE OF JIM B. JOHNSON
253 Adams Ave.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT