IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 20 PM 2: 24

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                         NO. 05-20177-Ma

CHARLES L. PRICE,

    Defendant.

---

ORDER GRANTING PERMISSION FOR DEFENDANT TO TRAVEL

---

Before the court is the June 17, 2005, motion by defendant requesting permission to travel to Atlanta, Georgia, for the purpose of consulting with his attorney, Tony L. Axam, 1280 West Peachtree St., N.W., Suite 310, Atlanta, Georgia, 30309. Counsel for the government does not object to the motion provided Mr. Price coordinates such travel in advance with the Pretrial Services Office. For good cause shown, the motion to travel is granted and defendant is allowed to travel to Atlanta, Georgia, to meet with his attorney on such dates and for such periods of time as may be authorized in advance by the Pretrial Services Office.

It is so ORDERED this 17th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on _6/20/05_





# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jim B. Johnson
LAW OFFICE OF JIM B. JOHNSON
253 Adams Ave.
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT