IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 21  PM 3: 4

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. NO. 05-20177-Ma |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES L. PRICE, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## ORDER

Upon consideration of the Government's Motion to Allow Disclosure of Sealed Search Warrant and Title III Materials in Discovery, it is hereby:

ORDERED, ADJUDGED AND DECREED that copies of the following documents may be provided to each of the defendants and their attorneys in *United States v. Charles L. Price, et al.*, Cr. No. 05-20177-Ma:

1. the search warrants and applications in Misc. Nos. 05-SW-054, 05-SW-055, 05-SW-056, and 05-SW-057 (W.D. Tenn.), and 05-2011-SAA (N.D. Miss.); and

2. the Title III applications, orders and affidavits in Misc. No. 04-WT-001 (W.D. Tenn.) dated May 24, 2004, and June 24, 2004.

IT IS FURTHER ORDERED that the above-mentioned documents and their contents shall not be discussed, disseminated or disclosed to anyone other than the named defendants and their counsel, or the staff of their counsel (full time secretaries and attorneys formally associated with the law firm), except upon the express authorization of this Court.

IT IS FURTHER ORDERED that the above-mentioned documents that are currently under seal shall remain sealed after the attorneys have been provided copies.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



IT IS FURTHER ORDERED that any attorney receiving the above-described items is not to disclose any information therein other than to prepare for trial and for the defense of his/her client.

Date: June 20, 2005
Memphis, Tennessee

United States District Court Judge

APPROVED: _____
Thomas A. Colthurst
Assistant U.S. Attorney

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jim B. Johnson
LAW OFFICE OF JIM B. JOHNSON
253 Adams Ave.
Memphis, TN 38103

Benard Weinman
LAW OFFICE OF BENARD WEINMAN
275 Jefferson Ave
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT