IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 05-20177-Ma |
| | ) | |
| CHARLES L. PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on October 13, 2005, the United States Attorney for this district appearing for the Government and the defendant, Charles L. Price, appearing in person and with retained counsel, Mr. Tony L. Axam.

With leave of the Court, the defendant entered a plea of guilty to Counts 1 and 2 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea. In accordance with the Plea Agreement, the defendant also consents to the forfeiture contained in Count 3 of the Indictment.

Sentencing in this matter is set for **Friday, January 13, 2006 at 10:30 a.m.**

The defendant may remain on his present bond pending sentencing.

**ENTERED** this the 17th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 147 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT