IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20177-Ma

CHARLES L. PRICE,

    Defendant.

---

ORDER GRANTING MOTION TO ALLOW DEFENDANT
TO LEAVE JURISDICTION

---

Before the court is the government's December 5, 2005, motion for an order authorizing defendant Charles Price to leave the Western District of Tennessee to travel to the United States District Court for the Eastern and Northern Districts of Texas for the purpose of testifying as a government witness in a criminal trial, case no. 4:05cr96, which is set to begin during the week of December 5, 2005. For good cause shown, the motion is granted. Defendant Charles L. Price is allowed to leave the Western District of Tennessee in order to appear and testify at trial in Plano, Texas. Defendant will return to the Western District of Tennessee immediately upon the completion of his trial testimony.

Defendant's travel and attendance at the trial will be under the supervision of the U. S. Attorney's office or their

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-9-05

173

designated agents. Defendant's failure to appear at the trial in Sherman, Texas, or to return to this jurisdiction may be grounds for an additional indictment and other criminal charges.

It is so ORDERED this _5th_ day of December, 2005.

*[signature]*

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 173 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randall W. Pierce
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT